NO. 07-02-0470-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

NOVEMBER 19, 2002

_____

INDYMAC MORTGAGE HOLDINGS, INC., F/K/A
INDEPENDENT NATIONAL MORTGAGE CORPORATION, APPELLANT

V.

BESSIE BOCKMAN AND CARL RAY SCHRAM, APPELLEES

_____

FROM THE 221ST DISTRICT COURT OF MONTGOMERY COUNTY;

NO. 00-05-03161-CV; HONORABLE SUZANNE STOVALL, JUDGE

_____

Before REAVIS and JOHNSON, JJ. and BOYD, S.J.[1]

Appellant Indymac Mortgage Holdings, Inc. f/k/a Independent National Mortgage Corporation filed an unopposed Motion to Dismiss on November 13, 2002, averring that it no longer wished to prosecute this appeal.

---

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.

Without passing on the merits of the case, the appellant's motion for dismissal is granted and the appeal is hereby dismissed. Tex. R. App. P. 42.2. All costs having been paid, no order pertaining to the costs is made. Having dismissed the appeal at the appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Phil Johnson
Justice

Do not publish.